Mark Borghese, Esq.
Nevada Bar No. 6231
*mark@borgheselegal.com*
**BORGHESE LEGAL, LTD.**
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Tel. (702) 382-0200
Fax (702) 382-0212

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KIMBERLY KNIGHT, an individual and TIMOTHY LUPTON, an individual,  )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>MATTHEW LAROSA, an individual,  )<br>)<br>Defendant.  )<br>)  ) | **Case No.: 2:14-cv-01258**<br><br>**AMENDED COMPLAINT**<br><br>**JURY TRIAL DEMANDED** |

Plaintiffs, Kimberly Knight and Timothy Lupton (the "Plaintiffs") allege as follows:

**JURISDICTION AND VENUE**

1. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 (federal question) and 28 U.S.C. 1338(a) and (b) (original jurisdiction for copyright matters) as it is an action for copyright infringement under the Copyright Act of 1976, 17 U.S.C. §§ 101 *et seq*.

2. Upon information and belief, this Court has personal jurisdiction over Matthew LaRosa because said Defendant purposefully directed activities to this Judicial District including by (i) willfully infringing the copyright of a resident of this Judicial District, (ii) distributing and/or making available Plaintiffs' copyrighted works to residents of this Judicial District, and (iii) injuring copyright owners residing in this Judicial District.

3. Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b) and 1400(a).

/ / /

BORGHESE LEGAL, LTD.
10161 PARK RUN DRIVE,
SUITE 150
LAS VEGAS,
NEVADA 89145
(702) 382-0200

2014-08-05-Amended-Complaint-LaRosa.docx       1

**PARTIES**

4. Plaintiff Kimberly Knight is an individual residing in Clark County, Nevada.

5. Plaintiff Timothy Lupton is an individual who formerly resided in Clark County, Nevada.

6. Upon information and belief, Defendant Matthew LaRosa ("Defendant" or "LaRosa") is an individual residing at 1042 W. Maple Ave. Orange, CA 92868.

**NATURE OF THE CASE**

7. This action arises out of LaRosa's unauthorized copying, reproduction and distribution of Plaintiffs' copyrighted videos. Plaintiffs' action is for direct and contributory copyright infringement. Plaintiffs are seeking actual damages, an award of attorneys' fees and costs, and preliminary and permanent injunctive relief.

**ALLEGATIONS COMMON TO ALL CLAIMS**

8. Plaintiffs are professional directors and videographers in the adult entertainment industry and the authors of numerous niche fetish videos with surprising popularity.

9. Plaintiffs' videos were created by them as freelance videographers and therefore they are not only the creator of such videos, but also are the owner of all right, title, and interest in the worldwide copyright to such videos. The videos which are the subject of this litigation have been registered with the U.S. Copyright Office and are subject to the following U.S. copyright registrations (hereinafter the "Registered Videos"):

| **Registration No.** | **Video** |
|---|---|
| PA0001805899 | CarolinePierce cookieWG_w.wmv |
| PAu003634787 | KMarvel_CPierce pizzaEAT_4w.mp4 |
| PAu003634787 | 3girl-chineseEAT1_w.mp4 |
| PAu003630004 | allura_whitesexLC_w.mp4 |
| PAu003665901 | kimberly-eggplantEAT_4w.mp4 |
| PAu003701732 | KimberlyMarvelCheerleader.mp4 |

BORGHESE LEGAL, LTD.
10161 PARK RUN DRIVE,
SUITE 150
LAS VEGAS,
NEVADA 89145
(702) 382-0200

2014-08-05-Amended-Complaint-LaRosa.docx    2

| # | | |
|---|---|---|
| 1 | PAu003634787 | 3girl-chineseEAT2_w.mp4 |
| 2 | PA0001778762 | A Blueberry Gum Fantasy.mp4 |
| 3 | PA0001785019 | amanda_holly-giantstudent_w.mp4 |
| 4 | PA0001874668 | Audrina - Chocolate Belly Stuffing And Tease.3gp |
| 5 | PA0001872733 | BE Interactive - Julie Cash.mp4 |
| 6 | PA0001783585 | Belly Intervention II - Weigh In and Measuring.mp4 |
| 7 | PA0001809647 | beula-violetINFLATE_w.mp4 |
| 8-9 | PA0001777515 | Big Sexy Round Belly Cake Stuffing and Masturbation Instruction.mp4 |
| 10-11 | PA0001777515 | Big Sexy Round OILY Belly Masturbation Instruction.wmv |
| 12 | | Blonde Brunette and Redhead Weight Gain Tease.wmv |
| 13 | PA0001779018 | Bustin' Loose.wmv |
| 14-15 | PA0001790820 | Clips4Sale - Taylormade Femdom - Sara Jay Sexy WG Tease.mp4 |
| 16 | PA0001798688 | Copia de kimberly-nachosEAT_w.mp4 |
| 17 | PA0001785982 | Coveting Inflatables.wmv |
| 18 | PA0001786105 | Crystal Ashley Overeating.wmv |
| 19 | PA0001793564 | erisginhonWG_w.wmv |
| 20 | PA0001793564 | georgiaovereat_w.wmv |
| 21 | PA0001785898 | ginWG_w.wmv |
| 22 | PA0001785856 | heidiWG_w.wmv |
| 23 | PA0001783649 | Helena - WhiteCastle.mp4 |
| 24 | PA0001800023 | Helena Wants A Giant Belly For You.mp4 |
| 25 | PAu003634787 | helena_caroline-drbelly_w.mp4 |
| 26 | PAu003690830 | helena-3courseblueberry_w.mp4 |
| 27 | PA0001783649 | HelenaBreakingStuffing.mp4 |
| 28 | | |

BORGHESE LEGAL, LTD.
10161 PARK RUN DRIVE,
SUITE 150
LAS VEGAS,
NEVADA 89145
(702) 382-0200

2014-08-05-Amended-Complaint-LaRosa.docx   3

| | | |
|---|---|---|
| 1 | PAu003626169 | helena-icecreamblobEAT_w.mp4 |
| 2 | PAu003636849 | helena-nopartyEAT_w.mp4 |
| 3 | PAu003623439 | helena-poolrubbellyMI_w.mp4 |
| 4 | PA0001874665 | Helena's Golden Belly.mp4 |
| 5 | PA0001880863 | helena-salmonWGT_w.mp4 |
| 6 | PA0001800015 | HelenaThe Feeder Strikes AgainMCI.wmv |
| 7 | PAu003642615 | helena-undermuffin_w.mp4 |
| 8 | PA0001785997 | hellokittyrs.zip |
| 9 | PA0001774674 | Hey How Much Do You Like Our Curves.wmv |
| 10 | PA0001785019 | holcheerWG_w.wmv |
| 11 | PA0001785019 | holgrow_w.wmv |
| 12 | PA0001796715 | holly_helena-dreamfeeder_w.mp4 |
| 13 | PAu003641066 | hollyberrymi.mp4 |
| 14 | PAu003660932 | holly-blueASSE_w (1).mp4 |
| 15 | PA0001778762 | holly-bluefantasy_w.mp4 |
| 16 | PA0001785898 | Hooters Daydream.wmv |
| 17 | PA0001783633 | Hungry Hungry Honey.wmv |
| 18 | PAu003696629 | I Am Becoming One Big Blob Balloon.mp4 |
| 19 | PA0001882042 | I Am Going to Fill These Huge Panties with Fat For |
| 20 | | You.wmv |
| 21 | PA0001809647 | I Feel Funny!.mp4 |
| 22 | PA0001779013 | I Think I'm Allergic to that Soap.wmv |
| 23 | PA0001785962 | I'll Have What She Was Having.wmv |
| 24 | PA0001785960 | Jenna Sees the Light.wmv |
| 25 | PA0001779010 | Jessie's EXPANSIVE Journey.wmv |
| 26 | PAu003695396 | karenfisher-hipplumpHR_w.mp4 |
| 27 | PA0001774674 | KellyRed2girlbbwMI_w.wmv |
| 28 | | |

BORGHESE LEGAL, LTD.
10161 PARK RUN DRIVE,
SUITE 150
LAS VEGAS,
NEVADA 89145
(702) 382-0200

2014-08-05-Amended-Complaint-LaRosa.docx    4

| | | |
|---|---|---|
| 1 | PAu003663629 | kendra-rainbowASSE_w (1).mp4 |
| 2 | PA0001794690 | kim_donutpile.mp4 |
| 3 | PAu003663629 | kimberly_caroline-cerealhogEAT_w.mp4 |
| 4 | PAu003687255 | kimberly_zoe-bigbellyMI_w.mp4 |
| 5 | PAu003701732 | kimberly_zoe-fatphysical_w.mp4 |
| 6 | PAu003687255 | kimberly_zoe-oreoEAT_w.mp4 |
| 7 | PAu003700583 | kimberly_zoe-sushiEAT_w.mp4 |
| 8 | PAu003634787 | kimberly-alldayEATCUSTOM_w.mp4 |
| 9 | PAu003665901 | kimberly-bigsoftbellyMI_w.mp4 |
| 10 | PA0001794728 | kimberly-blueWGT_w.mp4 |
| 11 | PAu003620220 | KimberlyMarvelRibs.mp4 |
| 12 | PAu003620220 | kimberly-pizzawingsEAT_w.mp4 |
| 13 | PA0001798681 | kimberlyWGT_w.wmv |
| 14-15 | PAu003647384 | Legends of Belly Kerry and Mellie We Need to Get Fatter.mp4 |
| 16 | PAu003647384 | MadisonBlueberry.mp4 |
| 17 | PAu003647384 | mellied_kerrymarie-EAT_w.mp4 |
| 18 | PAu003626169 | mellied-bedEAT_w.mp4 |
| 19 | PAu003642615 | mellied-fatpilot_w.mp4 |
| 20 | PAu003622279 | MikaInflation.mp4 |
| 21 | PA0001785205 | Mon Muftop.wmv |
| 22 | PA0001786239 | Mondo Hypno Expansion.wmv |
| 23 | PA0001785019 | NOT FOR HUMAN CONSUMPTION.wmv |
| 24 | PAu003616308 | O God People Can't See Me Like This.mp4 |
| 25 | PA0001783633 | Office Tension.wmv |
| 26 | PA0001800540 | Orgasmic Growth.wmv |
| 27 | PA0001777510 | redbbwbroochBE_w.wmv |
| 28 | | |

BORGHESE LEGAL, LTD.
10161 PARK RUN DRIVE,
SUITE 150
LAS VEGAS,
NEVADA 89145
(702) 382-0200

2014-08-05-Amended-Complaint-LaRosa.docx        5

| | | |
|---|---|---|
| 1 | PAu003651087 | sammie-51inchASSE_w.mp4 |
| 2 | PAu003651087 | sammie-suittest_w.mp4 |
| 3 | PA0001786420 | sammyjellybellyMIsm_4w.wmv |
| 4 | PA0001786420 | sammyWGclothes_w.wmv |
| 5 | PA0001803590 | Sybil`s Big Belly Revenge.mp4 |
| 6 | PA0001779017 | Taylor's Growth Truth.wmv |
| 7 | PAu003690830 | Helena Blueberry - YouTube.mp4 |
| 8 | PAu003641066 | holly violet - YouTube.mp4 |
| 9 | PAu003631792 | marlnene wingsEAT - YouTube.mp4 |
| 10 | PA0001786239 | The Cheater.wmv |
| 11 | PAu003642615 | The Hottest Weight Gain Tease Ever.mp4 |
| 12 | PA0001785856 | The VERY Special Present.wmv |
| 13 | PA0001786105 | TMC - Basement Bimbo.mp4 |
| 14 | PAu003634787 | TMClips - Legens of Belly (full Clip).mp4 |
| 15 | PA0001783585 | Tour of Her Beautiful Weight Gain.mp4 |
| 16 | PA0001785019 | WGbrandy_w.wmv |
| 17 | PAu003686452 | x-lizzy-gretelHG.mp4 |
| 18 | PAu003686452 | X-SPANDER Inflating to Please.mp4 |

10. Upon information and belief, LaRosa, copied, without permission Plaintiffs' Registered Videos.

11. Upon information and belief, LaRosa copied Plaintiffs' Registered Videos with the intent of distributing the videos worldwide over the internet, including to residents of Nevada.

12. Upon information and belief, LaRosa distributed Plaintiff's Registered Videos worldwide over the internet, including to residents of Nevada, using multiple services including the GigaTribe network.

13. Upon information and belief, GigaTribe is peer to peer software where users

BORGHESE LEGAL, LTD.
10161 PARK RUN DRIVE,
SUITE 150
LAS VEGAS,
NEVADA 89145
(702) 382-0200

2014-08-05-Amended-Complaint-LaRosa.docx        6

1 distribute content on their computers to others.

2     14.    Upon information and belief, LaRosa promoted his infringing distribution by
3 posting on various websites including *www.gigatribe.com.*

## FIRST CLAIM FOR RELIEF

(*Copyright Infringement*)

6     15.    Plaintiffs repeat and re-allege each and every allegation set forth in this
7 complaint as if set forth here in full.

8     16.    LaRosa has infringed Plaintiffs' copyrights in the Registered Videos by
9 reproducing, copying, distributing and/or facilitating the public display of the Registered Videos
10 without authorization in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§
11 106 and 501.

12     17.    Plaintiffs have not granted to LaRosa any license or consent to copy, distribute,
13 display for others, or otherwise exploit the intellectual property protected under Plaintiffs'
14 copyrights in Plaintiffs' Registered Videos.

15     18.    Each infringement by LaRosa in and to Plaintiffs' Registered Videos constitutes
16 a separate and direct act of infringement.

17     19.    LaRosa's acts of infringement have been knowing and willful, in disregard of,
18 and with indifference to Plaintiffs' copyright rights in the Registered Videos.

19     20.    As a direct and proximate result of LaRosa's infringing conduct, Plaintiffs are
20 entitled to damages and/or disgorgement of LaRosa's profits pursuant to 17 U.S.C. § 504(b), or
21 alternatively, to statutory damages up to the maximum of $150,000.00 with respect to each
22 infringed copyright pursuant to 17 U.S.C. § 504(c).

23     21.    Plaintiffs are additionally entitled to their costs pursuant to 17 U.S.C. § 505.

24     22.    Plaintiffs are additionally entitled to an award of attorneys' fees pursuant to 17
25 U.S.C. § 505.

26     23.    As a direct and proximate result of the foregoing acts and conduct, Plaintiffs
27 have sustained and, unless the relief sought herein is provided, will continue to sustain
28 substantial, immediate, and irreparable injury, for which Plaintiffs have no adequate remedy at

BORGHESE LEGAL, LTD.
10161 PARK RUN DRIVE,
SUITE 150
LAS VEGAS,
NEVADA 89145
(702) 382-0200

2014-08-05-Amended-Complaint-LaRosa.docx      7

law, and unless enjoined and restrained by this Court, LaRosa will continue to infringe Plaintiffs' copyrights in the Registered Videos. Plaintiffs are entitled to preliminary and permanent injunctive relief, pursuant to 17 U.S.C. § 502.

## SECOND CLAIM FOR RELIEF

(*Contributory Copyright Infringement*)

24. Plaintiffs repeat and re-allege each and every allegation set forth in this complaint as if set forth here in full.

25. Upon information and belief, LaRosa made available Plaintiffs' Registered Videos for copying and distribution through use of peer to peer software.

26. Upon information and belief, LaRosa knew that making available Plaintiffs' Registered Videos on peer to peer software would induce, cause, or materially contribute to the copyright infringement of Plaintiffs' Registered Videos.

27. Upon information and belief, LaRosa is liable for contributory copyright infringement as he knowingly induced, caused, or materially contributed to the infringing conduct of others.

28. By enabling, causing, facilitating, materially contributing to and encouraging the unauthorized distribution, public performance and public display of unauthorized copies of Plaintiffs' Registered Videos in the manner described above, with full knowledge of the illegality of such conduct, LaRosa has and continues to contribute to and induce widespread infringement of Plaintiffs' Registered Videos in violation of 17 U.S.C. § 501.

29. As a direct and proximate result of LaRosa's infringing conduct, Plaintiffs are entitled to statutory damages up to the maximum of $150,000.00 with respect to each infringed copyright pursuant to 17 U.S.C. § 504(c); or alternatively, to damages and/or disgorgement of LaRosa's profits pursuant to 17 U.S.C. § 504(b).

30. LaRosa's contributory acts of infringement have been at all relevant times knowing and willful, in disregard of and with indifference to Plaintiff's copyright rights in the Registered Videos.

31. As a direct and proximate result of LaRosa's contributory infringement, Plaintiffs

BORGHESE LEGAL, LTD.
10161 PARK RUN DRIVE,
SUITE 150
LAS VEGAS,
NEVADA 89145
(702) 382-0200

1  are entitled to statutory damages up to the maximum of $150,000.00 with respect to each
2  contributory copyright infringement pursuant to 17 U.S.C. § 504(c); or alternatively, to damages
3  and/or disgorgement of LaRosa's profits pursuant to 17 U.S.C. § 504(b).

4  32. Plaintiffs are additionally entitled to their costs pursuant to 17 U.S.C. § 505.

5  33. Plaintiffs are additionally entitled to an award of attorneys' fees pursuant to 17
6  U.S.C. § 505.

7  34. As a direct and proximate result of the foregoing acts and conduct, Plaintiffs
8  have sustained and, unless the relief sought herein is provided, will continue to sustain
9  substantial, immediate, and irreparable injury, for which Plaintiffs have no adequate remedy at
10 law, and unless enjoined and restrained by this Court, LaRosa will continue to infringe
11 Plaintiffs' copyrights in the Registered Videos.  Plaintiffs are entitled to preliminary and
12 permanent injunctive relief, pursuant to 17 U.S.C. § 502.

## PRAYER FOR RELIEF

14 WHEREFORE, Plaintiffs pray for judgment against LaRosa as follows:

15 a) That Plaintiffs be awarded statutory damages within the provision of Section
16 504(c) of the Copyright Act 17 U.S.C. instead of an award of actual damages or
17 profits for their copyright claims;

18 b) That should Plaintiffs so elect in the alternative to statutory damages, that
19 LaRosa be ordered to disgorge and pay to Plaintiffs all his gains, profits, savings,
20 and advantages realized by LaRosa from his acts of copyright infringement,
21 described above;

22 c) For a preliminary and a permanent injunction enjoining LaRosa and any
23 respective agents, servants, employees, officers, members, successors, licensees
24 and assigns, and all persons acting in concert or participation with each or any of
25 them, from: (i) directly or indirectly reproducing, copying, adapting, displaying,
26 selling, using or otherwise infringing in any manner any of the Registered Videos
27 and (ii) causing, facilitating or participating in the infringement of any of the
28 Registered Videos;

BORGHESE LEGAL, LTD.
10161 PARK RUN DRIVE,
SUITE 150
LAS VEGAS,
NEVADA 89145
(702) 382-0200

2014-08-05-Amended-Complaint-LaRosa.docx     9

   d)      For any and all further injunctive relief that this Court may deem just and proper under the circumstances of this case;

   e)      For an award of Plaintiffs' costs in litigating this matter, including, an award of reasonable attorney's fees, pursuant to 17 U.S.C. § 505; and

   f)      For all other relief to which Plaintiffs are entitled and such other and further relief as this Court may deem just and proper.

## **JURY TRIAL DEMANDED**

Plaintiff hereby demands a trial by jury on all issues raised in Plaintiff's Amended Complaint which are triable by a jury.

DATED this 5th day of August, 2014.

                             Respectfully Submitted,

                             **BORGHESE LEGAL, LTD.**

                             */s/ Mark Borghese*
                             Mark Borghese, Esq.
                             10161 Park Run Drive, Suite 150
                             Las Vegas, Nevada 89145
                             Attorneys for Plaintiffs