Matthew LaRosa
2175 S Mallul Dr Apt #270
Anaheim, CA 92802
Tel: (714) 273-1191
E-Mail: larosamatthew001@gmail.com

RE: **Case #: 2:2014cv01258**
KIMBERLY KNIGHT, an individual and
TIMOTHY LUPTON, an individual,
   Plaintiffs,
         V.
MATTHEW LAROSA, an individual,
   Defendant.

To Whom It May Concern:

I am Matthew LaRosa and I was served with a civil summons/complaint on August 23rd, 2014 at approximately 9AM Pacific Time. I live at 2175 S Mallul Dr Apt #270, Anaheim, CA 92802. I am writing this letter Pro Se because I do not have the ability to hire a Nevada attorney to represent me as I live in California. I request that the court dismiss my case because of improper jurisdiction—I live and work in California and have no business ties to Nevada.

Under 28 U.S.C. § 1391, a civil action based on federal-question jurisdiction, such as this action, may be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same State; (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred or a substantial part of property that is the subject of the action is situated; or, (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." Id. This statute does not provide a basis for venue in this District.

I do not reside or do any business in Nevada, and the allegation in the complaint clearly states my activities were accomplished while in California. Plaintiff has only made threadbare claims to try and justify this jurisdiction. The distance from my residence is approximately 260 miles away. Plaintiff has filed this case in Nevada knowing full well that I have no ties to Nevada. If the court allows Plaintiff to maintain this case, it will cause undue burden to me and prevent any ability to defend myself.

If the case is not dismissed on these merits, I request an extension to hire an attorney and file an answer with the court.

_signature_                              8/28/14
Matthew LaRosa                           Date