Mark Borghese, Esq.
Nevada Bar No. 6231
*mark@borgheselegal.com*
**BORGHESE LEGAL, LTD.**
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Tel. (702) 382-0200
Fax (702) 382-0212

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KIMBERLY KNIGHT, an individual and TIMOTHY LUPTON, an individual,<br><br>         Plaintiffs,<br><br>v.<br><br>MATTHEW LAROSA, an individual,<br><br>         Defendant. | Case No.: 2:14-cv-01258-GMN-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

WHEREAS, this matter has been resolved by the mutual agreement of the parties, Plaintiffs KIMBERLY KNIGHT and TIMOTHY LUPTON and Defendant MATTHEW LAROSA hereby stipulate to the dismissal of this action with prejudice as follows:

1. That all claims in this action are hereby DISMISSED WITH PREJUDICE.

2. That all parties will bear their own attorney's fees and costs;

3. That this order shall resolve this entire matter and act as a FINAL ORDER of this Court; and

///

///

///

///

///

1

BORGHESE LEGAL, LTD.
10161 PARK RUN DRIVE,
SUITE 150
LAS VEGAS,
NEVADA 89145
(702) 382-0200

2014-09-10-Stipulation-LaRosa.docx

///

4. That upon the entry of this order this matter shall be closed by this Court.

IT IS SO STIPULATED:

DATED: 9/12/14                              DATED: 9/9/14

**BORGHESE LEGAL, LTD.**

By: /s/ Mark Borghese                       By: /s/ Matthew LaRosa
Mark Borghese, Esq.                         Matthew LaRosa
10161 Park Run Drive, Suite 150             2175 S. Mallul Dr. Apt. #270
Las Vegas, NV 89145                         Anaheim, CA 92802
Attorneys for Plaintiff                     Defendant in proper person

**ORDER**

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED:

2

2014-09-10-Stipulation-LaRosa.docx

BORGHESE LEGAL, LTD.
10161 PARK RUN DRIVE,
SUITE 150
LAS VEGAS,
NEVADA 89145
(702) 382-0200